# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| JEREMY CALEB RYALS, | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:18-cv-118 |
| v. | * |
| ANDREW SAUL, Commissioner of Social Security, | * |
| Defendant. | * |

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 18. No party filed Objections to the Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **REMANDS** this case to the Commissioner, pursuant to 42 U.S.C. § 405(g), for further proceedings and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 31 day of March, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA